# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-22869-JB

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

FORT LAUDERDALE AUTO SOUND INC., a Florida Profit Corporation d/b/a CAR SOUNDS OF NORTH MIAMI BEACH and 167TH STREET PROPERTIES INC., a Florida Profit Corporation,

    Defendants.
_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, HOWARD MICHAEL CAPLAN, and Defendants, FORT LAUDERDALE AUTO SOUND INC. d/b/a CAR SOUNDS OF NORTH MIAMI BEACH and 167TH STREET PROPERTIES INC. (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement, and other than enforcement of said settlement agreement, agree not to file any additional motions in this matter. The Court retains jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. This stipulation is contingent on the Court retaining jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. All Parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff

By: *Evan Zuckerman*
Evan Zuckerman, Esq.
Florida Bar No. 52974
Vernis & Bowling of Broward, P.A.
5821 Hollywood Blvd
Hollywood, FL 33021
Telephone: (954) 927-5330
Facsimile: (954) 927-5320
Email: EZuckerman@Florida-Law.com
Attorney for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-22869-JB

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

FORT LAUDERDALE AUTO SOUND INC., a Florida Profit Corporation d/b/a CAR SOUNDS OF NORTH MIAMI BEACH and 167TH STREET PROPERTIES INC., a Florida Profit Corporation

    Defendants.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on January 09, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., #757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff