UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 24-cv-22869-JB

HOWARD MICHAEL CAPLAN,

    Plaintiff,

v.

FORT LAUDERDALE AUTO SOUND INC.,
a Florida Profit Corporation d/b/a CAR
SOUNDS OF NORTH MIAMI BEACH
and 167TH STREET PROPERTIES INC.,
a Florida Profit Corporation,

    Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on the parties' Joint Stipulation of Dismissal With Prejudice. ECF No. [11]. The parties request the Court retain jurisdiction for the purpose of enforcing their settlement agreement, but they do not provide a copy of their settlement agreement. The Court will not retain jurisdiction over a settlement agreement it has not seen or approved.

Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs, except as specified in the parties' settlement agreement. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida this 23rd day of January, 2025

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**